UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FERPINTA S.A., FERROCAMBO, and
BREFFKA & HEHNKE Gmbh & Co KG,

        Plaintiffs,

    - against -

DELFINO MARITIME, CORP.

        Defendant.
------------------------------------------------------X

08 CV 5536
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 19, 2008
      New York, NY

        The Plaintiffs,
        FERPINTA S.A., FERROCAMBO and BREFFKA
        & HEHNKE GMBH & CO KG

        By: _____
        Claurisse Campanale-Orozco (CC 3581)
        Thomas L. Tisdale (TT 5263)
        TISDALE LAW OFFICES, LLC
        11 West 42nd Street, Suite 900
        New York, NY 10036
        (212) 354-0025 – phone
        (212) 869-0067 – fax
        corozco@tisdale-law.com
        ttisdale@tisdale-law.com