BROWN GAVALAS & FROMM LLP
Attorney for Defendant
DELFINO MARITIME CORP.
355 Lexington Avenue, 4th Floor
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERPINTA S.A., FERROCAMBO, and                08 Civ. 5536 (SHS)
BREFFKA & HEHNKE Gmbh & Co KG,

                     Plaintiffs,            **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

   -against-

DELFINO MARITIME CORP.,

                     Defendant.
------------------------------------------------------------X

PLEASE TAKE NOTICE, that BROWN GAVALAS & FROMM LLP has been retained by the Defendant, DELFINO MARITIME CORP., to represent said Defendant in the above-entitled action, and hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon BROWN GAVALAS & FROMM LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendant, by its attorneys, BROWN GAVALAS & FROMM LLP, hereby enters a restricted appearance on behalf of said Defendant pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims, solely to defend against the alleged admiralty and maritime claims asserted by plaintiffs FERPINTA S.A., FERROCAMBO, and BREFFKA & HEHNKE GMBH & CO KG with respect to money, funds, and electronic fund transfer payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter, and any other or

supplemental garnishees who may restrain the property of Defendant and as to which there has issued Process of Maritime Attachment and Garnishment, reserving all defenses available to Defendant including, but not limited to, personal jurisdiction, venue, and service.

Dated: New York, New York
       July 15, 2008

                              BROWN GAVALAS & FROMM LLP

                              By: _____
                                  Peter Skoufalos (PS-0105)
                                  Attorney for Defendant
                                  DELFINO MARITIME CORP.
                                  355 Lexington Avenue, 4th Floor
                                  New York, New York 10017
                                  (212) 983-8500

TO:     Via ECF
          Clerk of the Court
          United States District Court
          Southern District of New York
          500 Pearl Street
          New York, New York 10007

          Via ECF
          Tisdale Law Offices LLC
          11 West 42nd Street, Suite 900
          New York, New York 10036
          Attn:   Claurisse Orozco
                    Thomas L. Tisdale