# BROWN GAVALAS & FROMM LLP



355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

July 28, 2008

**BY HAND**

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

Re:   Ferpinta S.A., *et al.* v. Delfino Maritime Corp.
      08 Civ. 5536 (SHS)
      Our File No.: 1616.0001

**MEMO ENDORSED**

Dear Judge Stein:

We represent the defendant, Delfino Maritime Corp. in this action.

Enclosed are courtesy copies, marked as such, of defendant's Motion to Dismiss the Complaint and Vacate the Order of Attachment. Also enclosed are defendant's Memorandum of Law and the Declaration of Panagiotis Chiotelis, Esq. in support of this motion.

The parties have agreed to the briefing schedule set forth in the Notice of Motion whereby plaintiffs' opposition submissions, if any, are due on July 31, 2008, and defendant's reply submissions, if any, are due on August 4, 2008. Defendant respectfully requests that the Court schedule oral argument on this motion within three days after the conclusion of briefing, as provided by Local Admiralty Rule E.1, or as soon as practicable thereafter.

We thank the Court in advance for its consideration of this request.

Respectfully,

**BROWN GAVALAS & FROMM LLP**

Peter Skoufalos

SO ORDERED 7/29/08
SIDNEY H. STEIN
U.S.D.J.

Encl.

**BROWN GAVALAS & FROMM LLP**

The Honorable Sidney H. Stein
July 28, 2008
Page 2 of 2


cc:    Tisdale Law Offices LLC
       11 West 42nd Street, Suite 900
       New York, New York 10036
       Attn:   Claurisse Orozco
                Thomas L. Tisdale

       (By E-mail, w/o enclosures)