# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE
1 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)



RECEIVED
JUL 29 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

July 29, 2008

**BY FACSIMILE**
(212) 805-7924

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

## MEMO ENDORSED

Re: Ferpinta S.A., et al. v. Delfino Maritime Corp.
    08 Civ. 5536 (SHS)
    Our File No.: 1616.0001

Dear Judge Stein:

We represent the defendant, Delfino Maritime Corp., and write in response to a voice message left by Your Honor's Deputy Clerk, Ms. ~~Linda~~ *Laura* Blakely.

The parties stipulate and agree to a briefing schedule whereby plaintiffs' opposition submissions, if any, are due on July 31, 2008, and defendant's reply submissions, if any, are due on August 5, 2008. Please note that the due date for defendant's reply differs from that in our original letter, endorsed by the Court on July 29, 2008.

Defendant respectfully requests that the Court hear oral argument on this motion at the Court's earliest convenience after the conclusion of briefing, pursuant to Local Admiralty Rule E.1. The parties are available at any time during the next two weeks, with the exception of August 4, 6, 14, and 15, 2008.

SO ORDERED 7/29/08

SIDNEY H. STEIN
U.S.D.J.

**BROWN GAVALAS & FROMM LLP**

The Honorable Sidney H. Stein
July 29, 2008
Page 2

      We thank the Court for its consideration of this request.

                              Respectfully,

                              **BROWN GAVALAS & FROMM LLP**

                              Peter Skoufalos

cc:    Tisdale Law Offices LLC
        11 West 42nd Street, Suite 900
        New York, New York 10036
        Attn: Claurisse Orozco
               Thomas L. Tisdale

        (via Facsimile)