```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FERPINTA S.A., *ET ANO*,                :       08 Civ. 5536 (SHS)

               Plaintiffs,                :

       -against-                            :       <u>ORDER</u>

DELFINO MARITIME, CORP.,                 :

               Defendant.              :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion to dismiss the complaint and vacate order for issuance of maritime attachment [11] is denied.

Dated: New York, New York
       August 25, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.